**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

**CASE NO.:  1:26-cv-00198**

BRITTANY WRIGHT,

                Plaintiff,

v.

J.O. MORY, INC.,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff BRITTANY WRIGHT by and through her undersigned counsel, brings this

Complaint against Defendant J.O. MORY, INC. for damages and injunctive relief, and in support

thereof states as follows:

**SUMMARY OF THE ACTION**

1.     Plaintiff BRITTANY WRIGHT ("Wright") brings this action for violations of

exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Wright's

original copyrighted Work of authorship.

2.     Wright is a photographer and stylist who sees food as an art and an opportunity to

do something creative. With a background in technology, she has combined her passions for both

tech and food into running the Instagram account @wrightkitchen. Her art focuses on food

culture, as well as its aesthetic and she showcases the beauty of locally produced foods. Wright

has 214,000 followers on her Instagram account and has been featured on Oprah.com,

Today.com, BusinessInsider.com and many more other press outlets.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

3.      Defendant J.O. MORY, INC. ("J.O. Mory") is a long-established mechanical and electrical contractor serving Northern and Northeastern Indiana. At all times relevant herein, J.O. Mory owned and operated the internet website located at the URL

https://www.facebook.com/JOMoryInc (the "J.O. Mory Facebook Page").

4.      Wright alleges that J.O. Mory copied Wright's copyrighted Work from the internet to advertise, market and promote its business activities.  J.O. Mory committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the J.O. Mory's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      J.O. Mory is subject to personal jurisdiction in Indiana.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, J.O. Mory engaged in infringement in this district, J.O. Mory resides in this district, and J.O. Mory is subject to personal jurisdiction in this district.

## DEFENDANT

9.      J.O. Mory, Inc. is an Indiana Not Selected, with its principal place of business at PO Box 128, 7470 S. State Rd. 3, South Milford, IN, 46786, and can be served by serving its Registered Agent, John Mory, 7470 S. State Rd. 3, PO Box 128, South Milford, IN 46786.

## THE COPYRIGHTED WORK AT ISSUE

10.     In 2017, Wright created the photograph entitled "Banana Gradient," which is shown below and referred to herein as the "Work."

2

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE



11.    Wright registered the Work with the Register of Copyrights on January 23, 2018, and was assigned registration number TX 8-554-416. The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    At all relevant times Wright was the owner of the copyrighted Work.

### INFRINGEMENT BY J.O. MORY

13.    J.O. Mory has never been licensed to use the Work for any purpose.

14.    On a date after the Work at issue in this action was created, but prior to the filing of this action, J.O. Mory copied the Work.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

15. On or about April 06, 2025, Wright discovered the unauthorized use of her Work on the Website.

16. J.O. Mory copied Wright's copyrighted Work without Wright's permission.

17. After J.O. Mory copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its contractor business.

18. J.O. Mory copied and distributed Wright's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. J.O. Mory committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Wright never gave J.O. Mory permission or authority to copy, distribute or display the Work for any purpose.

21. Wright notified J.O. Mory of the allegations set forth herein on May 21, 2025, and June 18, 2025.  To date, the parties have failed to resolve this matter.

### COUNT I
### <u>COPYRIGHT INFRINGEMENT</u>

22. Wright incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Wright owns a valid copyright in the Work.

24. Wright registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. J.O. Mory copied, displayed, and distributed the Work and made derivatives of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

26.    J.O. Mory performed the acts alleged in the course and scope of its business activities.

27.    Defendant's acts were willful.

28.    Wright has been damaged.

29.    The harm caused to Wright has been irreparable.


WHEREFORE, the Plaintiff BRITTANY WRIGHT prays for judgment against the Defendant J.O. MORY, INC. that:

a.    J.O. Mory and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    J.O. Mory be required to pay Wright her actual damages and Defendant's profits attributable to the infringement, or, at Wright's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Wright be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Wright be awarded pre- and post-judgment interest; and

e.    Wright be awarded such other and further relief as the Court deems just and proper.

### JURY DEMAND

Wright hereby demands a trial by jury of all issues so triable.

Dated: April 22, 2026                        Respectfully submitted,

*/s/  J. Campbell Miller*
J. CAMPBELL MILLER
Indiana Bar Number: 38279-49

5

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brittany Wright*

6

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE